**Electronically Filed
Supreme Court
SCPW-24-0000092
25-APR-2024
11:17 AM
Dkt. 17 ODDP**

SCPW-24-0000092

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KELLY ANNE EDWARDS, Petitioner,

vs.

THE HONORABLE WENDY M. DeWEESE,
Judge of the Circuit Court of the Third Circuit,
State of Hawaiʻi, Respondent Judge,

and

U.S. BANK NATIONAL ASSOCIATION, as Trustee for adjustable rate
mortgage trust 2005-2, adjustable rate mortgage-backed pass-
through certificates, series 2005-2, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 3CC15100031K)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Ochiai, in place of Ginoza, J., recused)

Upon consideration of the petition for writ of mandamus

filed on February 15, 2024, and the record, the merits of an

order such as the circuit court's January 16, 2024 order may be

reviewed on appeal when appropriate.  An extraordinary writ is

not intended to be used in lieu of normal appellate procedures.

See <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, April 25, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Dean E. Ochiai

